

**Joseph & Norinsberg**
Fighting for Employee Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/1/26__

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

June 30, 2026

## MEMO ENDORSED

*Via ECF*
Hon. Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Cesario v. Clutch
Docket No. 26 CV 3769

Dear Magistrate Judge Moses:

We represent the Plaintiff in this action.  This letter is written jointly with counsel for the Defendant.

The parties require more time to negotiate a potential resolution of this action.  Therefore, we respectfully request a thirty-day extension of the Defendant's time to respond to the complaint and an adjournment of the conference scheduled for July 7, 2026.  This is the second request for an extension of the Defendant's time to respond to the complaint; the previous request was granted upon consent.  There have been no previous requests for an adjournment of this conference, and the requested extension and adjournment would not affect any other scheduled dates or deadlines.  We would appreciate it if the conference could be adjourned to early August.

Thank you for your consideration of this request.

Application GRANTED. The initial case management conference previously scheduled for July 7, 2026 is ADJOURNED to **August 4, 2026 at 11:00 a.m.** The parties' joint pre-conference statement (*see* Dkt. 14) is due no later than **July 28, 2026.** All other provisions of this Court's June 5, 2026 initial case management order (Dkt. 14) remain in effect. No further extensions of these deadlines will be granted absent compelling circumstances.
SO ORDERED.
July 1, 2026

_____
**Barbara Moses, U.S.M.J.**

Sincerely,

*/s/ Robert L. Schonfeld*

Robert L. Schonfeld, Esq.